**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7419**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

      v.

THOMAS E. SMITH, JR., a/k/a Anthony Young,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:03-cr-00245-TSE-1)

Submitted:  November 21, 2013     Decided:  November 26, 2013

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas E. Smith, Jr., Appellant Pro Se. Benjamin L. Hatch, Assistant United States Attorney, Norfolk, Virginia; Paulo Custodio Palugod, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas E. Smith, Jr., appeals the district court's order denying Smith's various motions in his closed criminal case and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Smith, No. 1:03-cr-00245-TSE-1 (E.D. Va. Mar. 13 & Aug. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED